607 A.2d 1076

**Dalton E. COY, Appellant,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD
(ROADWAY EXPRESS, INC. and Sellers T.V.).**

Supreme Court of Pennsylvania.

Argued May 6, 1992.

Decided June 11, 1992.

Linus E. Fenicle, Harrisburg, for appellant.

Barbara A. Reynolds, Camp Hill, for Seller T.V.

Eugene N. McHugh, Harrisburg, for Roadway Express, Inc.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, PAPADAKOS and CAPPY, JJ., did not participate in the consideration or decision of this case.

McDERMOTT, J., dissents.